FILED

NOV 24 2021

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | Criminal No. 1:21-cv-00957-RP-DH |
| § | |
| WILLIE V. JONES § | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

COMES Defendant, Willie V. Jones ("Jones"), appearing *pro se,* and files his Motion for Extension of Time to File Objections to Report and Recommendation of the United States Magistrate Judge, and would show as follows:

### PRELIMINARY STATEMENT

As a preliminary matter, Jones respectfully requests that this Court be mindful that *pro se* pleadings are to be construed liberally. See *United States v. Kayode*, 777 F.3d 719 (5th Cir. 2014) (*Pro se* pleadings are to be held to less stringent standards than formal pleadings drafted by lawyers, and should therefore be liberally construed); *Estelle v. Gamble*, 429 U.S. 97, 106 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519, 520 (1972) (same).

### REASON FOR EXTENSION

The six (6) page United States' Report and Recombination of the United States Magistrate Judge ("R & R")for Defendant's Motion for Writ of Habeas Corpus under 28 U.S.C. § 2241 was just received by Jones through the prison mail this date. Because of the Covid/Delta Virus pandemic, the compound at FCI Bastrop has had limited movement, many lock downs and very limited access to the prison law library. As such, Jones needs to research, prepare and perfect his

Objections to the R & R. Therefore, he seeks a thirty (30) day extension of time, up to and including December 22, 2021, to complete his Objections.

WHEREFORE, premises considered, Jones prays that the Court grant this motion and extend his deadline for filing his Objections, up to and including December 22, 2021.

Respectfully submitted,

Dated: November 22, 2021

*Willie Jones*
WILLIE V. JONES
REG. NO. 10311-045
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

RECEIVED

NOV 2 4 2021

CLERK ... DISTRICT OF TEXAS
WEST...
BY_____ DEPUTY CLERK

WILLIE V. JONES
REG. NO. 10311-045
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

November 22, 2021

Clerk of Court
U. S. District Court
Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

    RE:   *United States v Jones*
           Crim No. 1:21-cv-009570-RP-DH

Dear Court:

    Enclosed please find and accept for filing Movant's Motion for Extension of Time to File Objections to Report and Recommendation of the United States Magistrate Judge. Please submit this motion to the Court.

    Thank you for your assistance in this matter.

                                      Sincerely,

                                      */s/ Willie Jones*
                                      WILLIE V. JONES
                                      Appearing *Pro Se*

*Encl. as noted*

**PRIORITY MAIL FLAT RATE ENVELOPE POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

FROM:

WILLIE V. JONES
REG. NO. 10311-045
FCI BASTROP
FEDERAL CORR. INSTITUTION
P.O. BOX 1010
BASTROP, TX 78602

NOV 24 2021

TO:

Clerk, U. S. District Court
Western District of Texas
Austin Division
501 West Fifth Street, Suite 1100
Austin, Texas 78701

---

**PRIORITY MAIL 2-DAY®**

Origin: 77070
11/22/21
4800420059-05

0 Lb 1.70 Oz

1006

C006

EXPECTED DELIVERY DAY: 11/26/21

SHIP TO:
501 W 5TH ST
STE 1100
AUSTIN TX 78701-3812

USPS TRACKING #

9505 5104 4804 1326 6333 39

USPS.com property notice — this package is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020. All rights reserved.




To schedule free Package Pickup, scan the QR code.